583 A.2d 307

STATE OF NEW JERSEY v. DAVID G. RICCIO.

January 23, 1990.

Petition for certification denied.

583 A.2d 307

STATE OF NEW JERSEY v. ALAN ROGERS.

January 23, 1990.

Petition for certification denied.  (See 236 *N.J.Super.* 378, 565 *A.*2d 1128)

583 A.2d 307

STATE OF NEW JERSEY v. ALAN ROGERS.

January 23, 1990.

Cross-petition for certification granted.  (See 236 *N.J.Super.* 378, 565 *A.*2d 1128)

583 A.2d 307

STATE OF NEW JERSEY v. GARY THOMPSON.

January 23, 1990.

Petition for certification denied.